Mark A. Hruska (*Pro Hac Vice*)
Florida Bar No. 571954
Pennsylvania Bar No. 22212
THE SCHWARTZ LAW GROUP
6751 No. Federal Highway, #200
Boca Raton, FL 33487
Tel:  (561) 395-4747
mah@theschwartzlawgroup.com

Roger H. Bullock, #485
S. Spencer Brown, #13157
STRONG & HANNI
3 Triad Center, Suite 500
Salt Lake City, UT 84180
Tel:   (801) 532 -7080
Fax:  (801) 596-1508
rbullock@strongandhanni.com
sbrown@strongandhanni.com

*Attorneys for Professional Association of Dive Instructors ("PADI")*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHRISTOPHER JOSEPH TUVELL, SHERRY LYNN TUVELL, individually and as the heirs of David Christopher Tuvell, and THE ESTATE OF DAVID CHRISTOPHER TUVELL,<br><br>Plaintiffs,<br>vs.<br><br>BOY SCOUTS OF AMERICA, PROFESSIONAL ASSOCIATION OF DIVE INSTRUCTORS ("PADI"), BLUE WATER SCUBA, LOWELL HUBER, CORBETT DOUGLAS, BEAR LAKE BOY SCOUT AQUATIC CAMP,<br><br>Defendants. | **DEFENDANT PROFESSIONAL ASSOCIATION OF DIVE INSTRUCTORS' MOTION TO DISMISS PLAINTIFFS' SECOND, FOURTH, FIFTH, SIXTH, SEVENTH AND EIGHTH CLAIMS FOR RELIEF**<br><br><br>Case No.: 1:12-cv-00128<br><br>Judge Dee Benson |

Defendant Professional Association of Dive Instructors ("PADI") moves the Court to dismiss Plaintiffs' Second, Fourth, Fifth, Sixth, Seventh, and Eighth claims for relief contained in Plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Because the Discover Scuba Diving program offered by PADI is not a "product" within the meaning of Utah products liability law, and because Plaintiffs allege no facts supporting a claim for punitive damages, the above causes of action fail to state a claim upon which relief can be granted. This Motion is accompanied by a supporting memorandum.

DATED this 23rd day of October, 2012.

>Mark A. Hruska
>**THE SCHWARTZ LAW GROUP**
>
>Roger H. Bullock
>S. Spencer Brown
>**STRONG & HANNI**
>
>  /s/ Roger H. Bullock
>ROGER H. BULLOCK
>S. SPENCER BROWN
>*Attorneys for Professional Association of Dive Instructors ("PADI")*