MICHAEL F. SKOLNICK - #4671
mfskolnick@kippandchristian.com
SAMUEL A. GOBLE -#12102
sgoble@kippandchristian.com
KIPP AND CHRISTIAN, P.C.
10 Exchange Place
Fourth Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-3773
*Attorneys for Boy Scouts of America and
Great Salt Lake Council, Inc., Boy Scouts
of America*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHRISTOPHER JOSEPH TUVELL, SHERRY LYNN TUVELL, individually and as the heirs of David Christopher Tuvell, and THE ESTATE OF DAVID CHRISTOPHER TUVELL,<br><br>   Plaintiffs.<br><br>v.<br><br>BOY SCOUTS OF AMERICA, PROFESSIONAL ASSOCIATION OF DIVE INSTRUCTORS ("PADI"), BLUE WATER SCUBA, LOWELL HUBER, CORBETT DOUGLAS, BOY SCOUTS OF AMERICA and GREAT SALT LAKE COUNCIL, INC., BOY SCOUTS OF AMERICA<br><br>   Defendants. | **DEFENDANTS BOY SCOUTS OF AMERICA, and GREAT SALT LAKE COUNCIL INC.'S REPLY TO DEFENDANT PROFESSIONAL ASSOCIATION OF DIVE INSTRUCTORS' CROSS-CLAIM**<br><br>Case No: 1:12-cv-00128DB<br><br>Judge Dee Benson |

Defendants Boy Scouts of America and Great Salt Lake Council Inc. (collectively "BSA"), by and through counsel, hereby reply to the Cross-claim of co-defendant Professional Association of Dive Instructors ("PADI") as follows:

1. BSA incorporates and re-alleges the responses provided in their Amended Answer to Plaintiff's Complaint, and denies the remainder of paragraph 1.

2. BSA incorporates and re-alleges the responses provided in their Amended Answer to Plaintiff's Complaint, and denies the remainder of paragraph 2.

3. BSA denies that PADI is entitled to any apportionment of fault to BSA, and incorporates and re-alleges the responses provided in their Answer to Plaintiff's Complaint.

4. Admit.

5. Admit.

6. Admit.

7. BSA incorporates and re-alleges the responses provided in their Amended Answer to Plaintiff's Complaint, and denies the remainder of paragraph 7.

8. BSA denies that PADI is entitled to any apportionment of fault to BSA, and incorporates and re-alleges the responses provided in their Answer to Plaintiff's Complaint.

WHEREFORE, BSA respectfully requests that the Court:

1. Deny PADI's claims for allocation of fault with respect to BSA; and

Tuvell v. BSA, et al.
BSA's Reply to PADI's Cross-Claim

2

2.  Award such other relief as the court deems just and proper.

**DATED** this 28 day of June, 2013.

                KIPP AND CHRISTIAN, P.C.

                */s/ Michael Skolnick*
                Michael F. Skolnick
                Samuel A. Goble
                *Attorneys for Boy Scouts of America and Great Salt Lake Council Inc., Boy Scouts of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2013, a true and correct copy of the foregoing **DEFENDANTS BOY SCOUTS OF AMERICA, and GREAT SALT LAKE COUNCIL INC.'S REPLY TO DEFENDANT PROFESSIONAL ASSOCIATION OF DIVE INSTRUCTORS CROSS-CLAIM**, was served upon the following counsel through the U.S. District Court ECF filing system to the following:

Robert G. Gilchrist
EISENBERG GILCHRIST
215 South State Street, #900
Salt Lake City, Utah 84111
rgilchrist@egclegal.com

Gainer M. Waldbillig
FORD & HUFF, LLC
10542 S. Jordan Gateway, #300
South Jordan, Utah 84095
w@gainermw.com

Roger H. Bullock
S. Spencer Brown
STRONG & HANNI
3 Triad Center, Suite 500
Salt Lake City, Utah 84108
rbullock@strongandhanni.com
sbrown@strongandhanni.com

Alton J. Hall, Jr.
DELISE & HALL
516 West 21st Avenue
Covington Louisiana 70433
ahall@dahlaw.com

Mark Hruska
THE SCHWARTZ LAW GROUP
6751 North Federal Highway, Suite 400
Boca Raton, FL 33487
mah@theschwartzlawgroup.com

David G. Concannon
Matthew T. Charles
Law Office of David G. Concannon, LLC
200 Eagle Road, Suite 116
Wayne, PA 19087
david@davidconcannon.com
matt@davidconcannon.com

Jonathan Z. Cohen
Jonathan Z Cohen, Ltd.
303 West Lancaster Avenue, #144
Wayne, PA 19087
jzc@jzc-law.com

/s/ Nancy Thomas
Nancy Thomas