FILED
U.S. DISTRICT COURT
2013 AUG 28 ᴾ 2: 20
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER JOSEPH TUVELL, SHERRY LYNN TUVELL, individually and as the heirs of David Christopher Tuvell, and THE ESTATE OF DAVID CHRISTOPHER TUVELL, | [PROPOSED] PROTECTIVE ORDER |
| Plaintiffs, | |
| vs. | |
| BOY SCOUTS OF AMERICA, PROFESSIONAL ASSOCIATION OF DIVE INSTRUCTORS, BLUE WATER SCUBA, LOWELL HUBER, CORBETT DOUGLAS, and GREAT SALT LAKE COUNCIL, INC., BOY SCOUTS OF AMERICA, | No. 1:12CV00128 DB<br>**Judge Dee Benson** |
| Defendants, | |
| vs. | |
| KIM M. LaMOTTE-MALONE M.D., LaMOTTE PEDIATRICS, LLP, doing business as Anthem Hills Pediatrics, KIM LaMOTTE-MALONE M.D. PROF CORP., M.P., a minor; MICHAEL PERRY, and BRIAN K. SHRAWDER, | |
| Third-Party Defendants. | |

Pursuant to Plaintiffs' and Defendant Professional Association of Dive Instructors' Combined Joint Motion and Memorandum in Support of Joint Motion for Protective Order, and for good cause appearing, now, therefore,

IT IS HEREBY ORDERED that Plaintiffs and Defendant Professional Association of Dive Instructors ("PADI") produce the settlement agreement entered into between them and that all parties to this action and their attorneys, officers, members, employees and insurers may use

1

said settlement agreement and all information contained therein only as reasonably necessary in litigation arising from the incident of July 13, 2011, and the death of David Christopher Tuvell, including the civil action docketed as *Lexington Insurance Company v. The Catlin Syndicate at Lloyd's London*, No. 1:13-cv-00008-RJS (D. Utah), and for no other purpose and shall not permit the same to be disseminated to anyone not involved in such civil actions.

IT IS FURTHER ORDERED that Plaintiffs and PADI disclose the settlement agreement to the Court under seal and to the parties within 30 days of entry of this order.

IT IS FURTHER ORDERED that any document filed with the court that refers to the settlement agreement or the information contained therein be filed under seal.

DATED this 27th day of August, 2013.

**United States District Court**

_____
Hon. Dee Benson
United States District Judge