Robert G. Gilchrist (3715)
Jeff M. Sbaih (14014)
**EISENBERG GILCHRIST & CUTT**
900 Parkside Tower
215 South State Street
Salt Lake City, Utah  84111
Phone:  (801) 366-9100
Email:  rgilchrist@egclegal.com

Alton J. Hall, Jr. (*Pro Hac Vice*)
**DELISE & HALL**
528 W. 21st Avenue
Covington, LA  70433
Phone: (985) 249-5915
Email: ahall@dahlaw.com

*Attorneys for Plaintiffs*

---

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CHRISTOPHER JOSEPH TUVELL, SHERRY LYNN TUVELL, individually and as the heirs of David Christopher Tuvell, and THE ESTATE OF DAVID CHRISTOPHER TUVELL,<br><br>      Plaintiffs,<br><br>v.<br><br>BOY SCOUTS OF AMERICA, PROFESSIONAL ASSOCIATION OF DIVE INSTRUCTORS ("PADI"), BLUE WATER SCUBA, LOWELL HUBER, CORBETT DOUGLAS, and GREAT SALT LAKE COUNCIL, INC.<br><br>      Defendants. | **PLAINTIFFS' JOINDER IN DEFENDANT PROFESSIONAL ASSOCIATION OF DIVE INSTRUCTORS' ("PADI") OBJECTION TO PROPOSED ORDER SUBMITTED BY BLUE WATER DEFENDANTS AND SUBMITTAL OF PROPOSED ORDER**<br><br><br>Case No. 1:12CV00128 DB<br>Judge Dee Benson |

1

Plaintiffs' CHRISTOPHER JOSEPH TUVELL, SHERRY LYNN TUVELL, individually and as the heirs of David Christopher Tuvell, and THE ESTATE OF DAVID CHRISTOPHER TUVELL, by and through counsel, hereby join Defendant, Professional Association of Dive Instructors' ("PADI"), Objection to Proposed Order Submitted by Blue Water Defendants and Submittal of Proposed Order.  Plaintiffs' incorporate the reasons contained in PADI's objection.

Respectfully submitted,

**DELISE & HALL**

_____s/Alton J. Hall, Jr._____
**ALTON J. HALL, JR. (*Pro Hac Vice*)**
528 W. 21st Avenue
Covington, LA 70433
Telephone: (985) 249-5915
Fax: (985) 809-5787

AND

**ROBERT G. GILCHRIST (3715)**
**JEFF M. SBAIH (14014)**
**EISENBERG GILCHRIST & CUTT**
900 Parkside Tower
215 South State Street
Salt Lake City, Utah  84111
Phone:  (801) 366-9100

**Attorneys for Plaintiffs**

2

## CERTIFICATE OF MAILING

I hereby certify that on this 6th day of May, 2014, I caused a true and correct copy of the foregoing **PLAINTIFFS' JOINDER IN DEFENDANT PROFESSIONAL ASSOCIATION OF DIVE INSTRUCTORS' ("PADI") OBJECTION TO PROPOSED ORDER SUBMITTED BY BLUE WATER DEFENDANTS AND SUBMITTAL OF PROPOSED ORDER** to be delivered via notification of electronic filing, to the following:

Mr. Michael F. Skolnick
Mr. Samuel A. Goble
Kipp and Christian, P.C.
10 Exchange Place, Fourth Floor
Salt Lake City, UT 84111

Mr. Roger H. Bullock
Mr. S. Spencer Brown
Strong & Hanni
120 South 200 East, Suite 800
Salt Lake City, UT  84111

Mr. Mark A. Hruska
Schwartz Law Group
6751 N. Federal Highway, #400
Boca Raton, FL  33487

Mr. Gainer M. Waldbillig
Ms, Katy R.M. Strand
W|LAW
405 S. Main St., Suite 930
Salt Lake City, UT  84111

Mr. David G. Concannon
Mr. Matthew T. Charles
Law Offices of David G.
  Concannon, LLC
200 Eagle Road, Suite 116
Wayne, PA  19087

Mr. Jonathan Z. Cohen
Jonathan Z. Cohen, Ltd.
175 Strafford Ave., Suite 1 #212
Wayne, PA  19087-3340

Mr. Jaryl Rencher
Mr. Michael Collins
Stucki, Steele & Rencher
215 S. State St., Suite 600
Salt Lake City, UT  84111

Ms. Patricia Egan Daehnke
Ms. Amanda E. Rosenthal
Bonne, Bridges, Mueller, O'Keefe
  & Nichols
2300 W Sahara Ave, Ste 400 Box 32
Las Vegas, NV  89102

Mr. Eric K. Davenport
Mr. Garrett A. Walker
Smith & Glauser, P.C.
1218 East 7800 South, Suite 300
Sandy, UT  84094

/s/ Candace A. Gleed
_____

3