FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

2014 APR 29 P 3: 11

DISTRICT OF UTAH

_____
DEPUTY CLERK

| | |
|---|---|
| CHRISTOPHER JOSEPH TUVELL, SHERRY LYN TUVELL, individually and as the heirs of David Christopher Tuvell, and THE ESTATE OF DAVID CHRISTOPHER TUVELL,<br><br>Plaintiffs,<br><br>vs.<br><br>BOY SCOUTS OF AMERICA, PROFESSIONAL ASSOCIATION OF DIVE INSTRUCTORS ("PADI"), BLUE WATER SCUBA, LOWELL HUBER, CORBETT DOUGLAS, and GREAT SALT LAKE COUNCIL, INC., BOY SCOUTS OF AMERICA,<br><br>Defendants.<br><br>vs.<br><br>KIM M. LaMOTTE-MALONE, M.D., LaMOTTE PEDIATRICS, LLP, doing business as Anthem Hills Pediatrics, KIM LaMOTTE-MALONE, M.D. PROF CORP., M.P., a minor; MICHAEL PERRY, and BRIAN K. SHRAWDER,<br><br>Third-Party Defendants. | CASE NO.: 1:12-CV-00128<br><br>Judge Dee Benson<br><br>**ORDER GRANTING THIRD-PARTY DEFENDANTS KIM M. LAMOTTE-MALONE, M.D., LAMOTTE PEDIATRICS, LLP, DBA ANTHEM HILLS PEDIATRICS, KIM LAMOTTE-MALONE, M.D. PROF CORP., AND BRIAN K. SHRAWDER'S MOTION TO DISMISS THE AMENDED THIRD-PARTY COMPLAINT** |

This Court, having considered the Motion to Dismiss the Amended Third-Party Complaint (Docket No. 113) by Third-Party Defendants Kim M. LaMotte-Malone, M.D., LaMotte Pediatrics, LLP, dba Anthem Hills Pediatrics, Kim LaMotte-Malone, M.D. Prof Corp., and Brian K. Shrawder, and any papers submitted in opposition and reply and for good cause appearing,

IT IS SO ORDERED that Third-Party Defendants Kim M. LaMotte-Malone, M.D., LaMotte Pediatrics, LLP, dba Anthem Hills Pediatrics, Kim LaMotte-Malone, M.D. Prof Corp., and Brian K. Shrawder Motion to Dismiss the Amended Third-Party Complaint is GRANTED. Blue Water Scuba, Lowell Huber, and Corbett Douglas' request for jurisdictional discovery is

1

DENIED. Accordingly, the Amended Third-Party Complaint (Docket No. 105) is hereby dismissed without prejudice as to Kim M. LaMotte-Malone, M.D., LaMotte Pediatrics, LLP, dba Anthem Hills Pediatrics, Kim LaMotte-Malone, M.D. Prof Corp., and Brian K. Shrawder based on lack of personal jurisdiction as to these parties pursuant to Federal Rule of Civil Procedure 12(b)(2).

DATED this 29th day of April, 2014.

BY THE COURT:

_____
Honorable Dee Benson
Federal District Court Judge